robertquidachaycpl

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
AUG 18 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00032 |
| Plaintiff, | **COMPLAINT** |
| vs. | **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** |
| ROBERT DUENAS QUIDACHAY, | [21 U.S.C. §§ 841(a)(1) & 846] |
| Defendant. | |

THE UNDERSIGNED COMPLAINANT CHARGES UPON INFORMATION AND BELIEF THAT:

Between June 2006, the exact date unknown, and continuing thereafter, up to and including August 17, 2006, in the District of Guam, the defendant, ROBERT DUENAS QUIDACHAY, did unlawfully, intentionally, and knowingly combine, conspire, confederate and agree together with diverse other persons both known and unknown, to distribute 5 grams or more of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

1

COMPLAINANT FURTHER STATES:

I, Marvin Desamito, am employed with the Guam Police Department as a Police Officer, and am currently assigned as a Task Force Agent (TFA) with the Drug Enforcement Administration (DEA). The statements contained in this affidavit are based on personal knowledge as well as information and written reports of law enforcement officers in the course of their official duties.

1. On August 17, 2006, at approximately 2:30 a.m., patrol units from the Guam Police Department (GPD) Hagatna Precinct conducted a traffic stop of a 2006 Mazda RX8 bearing Guam License Plate: DLR1306 on Rte 16 by the underpass. During the traffic stop officers requested consent to search the vehicle from the operator Robert Duenas Quidachay (hereinafter QUIDACHAY). Officers also requested a patdown search of QUIDACHAY for weapons or drugs and QUIDACHAY agreed to the search of his person. While conducting the search of QUIDACHAY, officers discovered five (5) heat sealed straws containing suspected methamphetamine totaling approximately one (1) gram. QUIDACHAY was later placed under police custody and later transported to the Hagatna precinct. While at the scene on Rte 16, officers conducted a search of the above mentioned vehicle and also discovered drug paraphernalia, suspected methamphetamine, suspected marijuana, and U.S. Currency totaling six thousand four dollars ($6,004.00).

2. QUIDACHAY was later transported to the DEA Guam Resident Office (GRO) for questioning, while at the GRO affiant advised QUIDACHAY of his Miranda Rights which he waived his right for legal counsel. QUIDACHAY informed your affiant that the drugs that were found in his possession were for his personal use and that he purchased the drugs from a female he only identified as Jay Korean, in the Tamuning area. He also stated that he was unaware of the U.S. Currency and the methamphetamine found in the vehicle.

2

During the month of June 2006, QUIDACHAY stated that he purchased about five (5) grams of methamphetamine from Jay Korean for Judith Mateo. Judith Mateo provided QUIDACHAY with $2,000.00 to purchase the methamphetamine. On August 17, 2006, QUIDACHAY was questioned by GPD Officer Anthony Arriola and stated that he was present in the past when Judith Mateo was conducting her drug transactions and that his job was to keep unwanted people from entering Judith Mateo's residence during the drug transaction.

Based on the foregoing facts, affiant believes that there is probable cause to believe that ROBERT DUENAS QUIDACHAY did conspire to distribute crystal methamphetamine, a schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

DATED this 18th day of August 2006.

MARVIN DESAMITO
Task Force Agent
Drug Enforcement Administration

**SUBSCRIBED AND SWORN** to before me on this 18th day of August 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District Court of Guam

3