# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**
City ____Hagåtña____
Country/Parish _____

**Related Case Information:**
Superseding Indictment _____ Docket Number **06-00032**
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__   Matter to be sealed: ____ Yes __X__ No

Defendant Name ____Robert Duenas Quidachay____

Alias Name _____

Address _____
____Dededo, GU____

Birthdate xx-xx-1976   SS# Xxx-xx-8817   Sex __M__   Race __PI__   Nationality __Chamorro__

**U.S. Attorney Information:**

AUSA ____Rosetta San Nicolas____

Interpreter: __X__ No ____ Yes   List language and/or dialect: _____

**RECEIVED AUG 18 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__   ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC 841(a)(1) & 846 | Conspiracy to Distribute Methamphetamine Hydrochloride | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __8/18/06__   Signature of AUSA: _____

**ORIGINAL**