# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00032            DATE: August 18, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 4:20:13 - 4:40:50
CSO: J. McDonald

**APPEARANCES:**

Defendant: Robert Duenas Quidachay      Attorney: William Gavras
☒ Present ☒ Custody      ☒ Present ☐ Retained ☐ FPD
☐ Bond ☐ P.R.      ☒ CJA

U.S. Attorney: Rosetta San Nicolas      U.S. Agent: Marvin Desamito, D.E.A. Task Force Agent

U.S. Probation: Stephen Guilliot      U.S. Marshal: None Present
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: William L. Gavras, appointed to represent the defendant.
- Defendant arraigned and advised of his rights, charges and penalties.
- Preliminary Examination set for: August 28, 2006 at 9:30 a.m.
- Defendant remanded to the custody of the U.S. Marshals Service for: Detention.

NOTES: