FILED

DISTRICT COURT OF GUAM

AUG 18 2006

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ROBERT DUENAS QUIDACHAY,**<br><br>Defendant. | CRIMINAL CASE NO. 06-00032<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **WILLIAM L. GAVRAS** is appointed to represent the

defendant in the above-entitled case.

Dated this 18th day of August, 2006.

JOAQUIN V. E. MANIBUSAN, JR., MAGISTRATE JUDGE
DISTRICT COURT OF GUAM

ORIGINAL