AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ District of _____ GUAM

UNITED STATES OF AMERICA

v.

**ROBERT DUENAS QUIDACHAY**

**WARRANT FOR ARREST**

Case Number: CR-06-00032

**FILED**
DISTRICT COURT OF GUAM
AUG 18 2006
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to ___**ROBERT DUENAS QUIDACHAY**___
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  **X** Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with (brief description of offense)

**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1) & 846___

**JOAQUIN V.E. MANIBUSAN, JR.**
Name of Issuing Officer

_[Signature]_
Signature of Issuing Officer

**Magistrate Judge**
Title of Issuing Officer

**August 18, 2006; Hagatna, Guam**
Date and Location

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at DISTRICT COURT OF GUAM HAGATNA

| DATE RECEIVED<br>8-18-06 | NAME AND TITLE OF ARRESTING OFFICER<br>TASK FORCE OFFICER | SIGNATURE OF ARRESTING OFFICER<br>_[Signature]_ |
|---|---|---|
| DATE OF ARREST<br>8-18-06 | | |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: **ROBERT DUENAS QUIDACHAY**

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____