# ORIGINAL

1 robertquidachayind

2 LEONARDO M. RAPADAS
United States Attorney
3 ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
4 Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
5 Hagåtña, Guam   96910-5113
TEL: (671) 472-7332
6 FAX: (671) 472-7334

7 Attorneys for the United States of America

**FILED**

DISTRICT COURT OF GUAM

AUG 23 2006

MARY L.M. MORAN
CLERK OF COURT

8

9 IN THE UNITED STATES DISTRICT COURT

10 FOR THE TERRITORY OF GUAM

11

12

13 UNITED STATES OF AMERICA,          )   CRIMINAL CASE NO. 06-00032
                                     )
         Plaintiff,                  )   **INDICTMENT**
14                                   )
         vs.                         )   **CONSPIRACY TO DISTRIBUTE**
15                                   )   **METHAMPHETAMINE**
                                     )   **HYDROCHLORIDE**
16 ROBERT DUENAS QUIDACHAY,          )   [21 U.S.C. §§ 841(a)(1) & 846]
                                     )
17         Defendant.                )
                                     )
18

19

20 THE GRAND JURY CHARGES:

21     Between June 2006, the exact date unknown, and continuing thereafter, up to and

22 including August 17, 2006, in the District of Guam, the defendant, ROBERT DUENAS

23 QUIDACHAY, did unlawfully, intentionally, and knowingly combine, conspire, confederate and

24 agree together with diverse other persons both known and unknown, to distribute 5 grams or

25 //

26 //

27

28                                          1

more of methamphetamine hydrochloride, a schedule II controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and 846.

Dated this 23rd day of August, 2006.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

2