# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br><br>ROBERT DUENAS QUIDACHAY<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-06-00032 |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>District Court of Guam<br>4th Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Before:    HONORABLE JOAQUIN V.E. MANIBUSAN, JR. | Room<br>413 |
|---|---|
| | Date and Time<br>Friday, August 25, 2006 at 10:00 a.m. |

To answer a(n)

[X] Indictment    [ ] Information    [ ] Complaint    [ ] Probation Violation Petition    [ ] Supervised Release Violation Petition    [ ] Violation Notice

Charging you with a violation of Title    21    United States Code, Section(s)    841(a)(1) and 846

Brief description of offense:

CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

**FILED**
DISTRICT COURT OF GUAM
AUG 24 2006
MARY L.M. MORAN
CLERK OF COURT

MELISSA L. TRAUNER, Deputy Clerk
Name and Title of Issuing Officer

Signature of Issuing Officer

August 23, 2006
Date

**ORIGINAL**

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 08/24/2006 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: DOC Transport Hagatna, Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 08/24/2006
         Date

J.L.G. Salas
Name of United States Marshal

/s/ Walls
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.