# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00032            DATE: August 25, 2006

---

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 10:08:08 - 10:12:51
CSO: J. McDonald

---

**APPEARANCES:**

Defendant: Robert Duenas Quidachay      Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas      U.S. Agent:
U.S. Probation: Maria Cruz      U.S. Marshal: V. Roman
Interpreter:      Language:

---

**PROCEEDINGS: Initial Appearance re Indictment and Arraignment**
- Defendant sworn and examined.
- Defendant waives reading of Indictment.
- Plea entered: Not guilty to Count I
- Trial set for: October 19, 2006 at 1:30 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: