ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
SEP -8 2006 hba
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 06-00032 |
| Plaintiff, | |
| v. | **NOTICE OF MOTION** |
| ROBERT DUENAS QUIDACHAY, | |
| Defendant. | |

PLEASE TAKE NOTICE this on September 27, 2006 at the hour of 10:30 a.m., in the courtroom of the District Court of Guam, in the U.S. Courthouse, 4th Floor, 520 West Soledad Avenue, Hagatna, Guam, plaintiff, United States of America, will move the Court for an order in the government's Motion to Joinder te of Defendants in Joint Trial, in the above-entitled matter.

Respectfully submitted this ____ day of September 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ ROSETTA L. SAN NICOLAS
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney