

FILED
DISTRICT COURT OF GUAM

OCT 1 6 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00032 |
| Plaintiff, | ) |
| vs. | ) |
| ROBERT DUENAS QUIDACHAY, | ) **ORDER** |
| Defendant. | ) |

Due to the scheduling needs of the Court, the hearing on the Government's motion for joinder, previously scheduled for October 17, 2006, is hereby moved to Thursday, October 19, 2006, at 1:30 p.m.

SO ORDERED this 16th day of October 2006.

                     /s/ Joaquin V. E. Manibusan, Jr.
                         JOAQUIN V. E. MANIBUSAN, JR.
                             U.S. Magistrate Judge

ORIGINAL