# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-06-00032　　　　　　　　　　DATE: October 19, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 1:59:34 - 2:08:48
CSO: N. Edrosa

**APPEARANCES:**

Defendant: Robert Duenas Quidachay　　　Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent: Marvin Desamito, DEA
U.S. Probation: Stephen Guilliot　　　　U.S. Marshal: D. Punzalan
Interpreter:　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Motion for Joinder of Defendants for Trial**
- Defense counsel withdrew his opposition.
- Motion <u>granted</u>. No further written order will be forthcoming.
- Trial set for: <u>November 21, 2006 at 9:30 A.M.</u>
- Trial Documents due: <u>November 14, 2006.</u>
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: The Court granted Mr. Van De Veld's request to set the trial date after November 14, 2006. The Court found that the ends of justice is served and that it outweighs the best interests of the public and the defendants in a speedy trial.