**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
CHANGE OF PLEA**

CASE NO.: CR-06-00032  DATE: November 09, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore  Electronically Recorded: 3:08:52 - 3:35:01
CSO: D. Quinata

**APPEARANCES:**
Defendant: Robert Duenas Quidachay  Attorney: William Gavras
☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent:
U.S. Probation: Stephen Guilliot  U.S. Marshal: C. Marquez
Interpreter:  Language:

**PROCEEDINGS: Change of Plea**
- Pen and ink changes made to the plea agreement.
- Defendant sworn and examined.
- Defendant consented to enter his plea before a U.S. Magistrate Judge.
- Plea entered: Guilty.
- Report and Recommendation executed by the Court.
- Status Hearing set for: 12/26/2006 at 2:00 p.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: