robertquidachaystp

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
DEC 20 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00032 |
| Plaintiff, | ) | |
| vs. | ) | **STIPULATED MOTION TO CONTINUE STATUS HEARING** |
| ROBERT DUENAS QUIDACHAY, | ) | |
| Defendant. | ) | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, William L. Gavras, hereby motion this Honorable Court to continue the Status Hearing currently scheduled for December 26, 2006, and that it be continued for one (1) month, at a date and time to be selected by the court at it's convenience.

12-20-06
DATE

WILLIAM L. GAVRAS
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

12/19/06
DATE

By: ROSETTA SAN NICOLAS
Assistant U.S. Attorney