DISTRICT COURT of GUAM

FOR THE TERRITORY OF GUAM

FILED
DISTRICT COURT OF GUAM
DEC 21 2006
MARY L.M. MORAN
CLERK OF COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT DUENAS QUIDACHAY,<br><br>Defendant. | CRIMINAL CASE NO. 06-00032<br><br>**ORDER ACCEPTING PLEA OF GUILTY AND ADJUDICATING GUILT, AND NOTICE OF STATUS HEARING** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to an Indictment charging him with Conspiracy to Distribute more than five (5) grams of Methamphetamine Hydrochloride, in violation of 21 U.S.C. §§ 841(a)(1) and 846, is now Accepted and the Defendant is Adjudged Guilty of such offense. All parties shall appear before this Court for a status hearing on December 26, 2006, at 2:00 p.m.

IT IS SO ORDERED.

DATED this 21st day of December 2006.

FRANCES M. TYDINGCO-GATEWOOD
Chief District Judge

ORIGINAL