LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 06-00032 |
| Plaintiff, | ) |
| vs. | ) **ORDER CONTINUING** |
| | ) **STATUS HEARING** |
| ROBERT DUENAS QUIDACHAY, | ) |
| Defendant. | ) |

Upon stipulation of the parties and for good cause shown,

**IT IS SO ORDERED** that the Status Hearing currently scheduled for December 26, 2006, is hereby rescheduled to March 8, 2007, at 2:30 p.m.

December 21, 2006
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**