1  LEONARDO M. RAPADAS
   United States Attorney
2  ROSETTA SAN NICOLAS
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagatna, Guam 96910
   PHONE: 472-7332
5  FAX: 472-7334

6  Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00032 |
| ) | |
| Plaintiff, ) | |
| ) | **O R D E R** |
| vs. ) | |
| ) | |
| ROBERT DUENAS QUIDACHAY, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the justification for continuing the status hearing scheduled for March 8, 2007, be filed under seal.

March 8, 2007
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**