LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagatna, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00032 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER CONTINUING STATUS HEARING** (2nd Request) |
| ROBERT DUENAS QUIDACHAY, | ) | |
| Defendant. | ) | |

Upon the stipulation by the parties and for good cause shown,

**IT IS SO ORDERED** that the Status Hearing currently scheduled for March 8, 2007, is hereby rescheduled to April 12, 2007, at 2:30 p.m.

March 8, 2007
DATE

**/s/ Joaquin V.E. Manibusan, Jr.**
**U.S. Magistrate Judge**