RQuidachay.STP

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL 05 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ROBERT D. QUIDACHAY, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 06-00032 <br><br> **STIPULATION OF PARTIES TO VACATE STATUS HEARING** |

The parties in the above-entitled matter, the United States of America, and the defendant, by and through his counsel, William Gavras, hereby stipulate to vacate the status

-1-

hearing, now scheduled for July 12, 2007 at 2:30 p.m., and set this case for sentencing as soon as the Court's schedule permits.

SO STIPULATED.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

DATED: 7/5/07

By: _____
ROSETTA SAN NICOLAS
Assistant U.S. Attorney

DATED: 7-5-07

_____
WILLIAM GAVRAS
Attorney for Defendant