RQuidachay.VOR

LEONARDO M. RAPADAS
United States Attorney
ROSETTA SAN NICOLAS
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Street
Hagåtña, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for United States of America

# IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00032 |
| )<br>Plaintiff, ) | |
| ) | **ORDER VACATING STATUS** |
| vs. ) | **HEARING & SETTING** |
| ) | **SENTENCING DATE** |
| ROBERT D. QUIDACHAY, ) | |
| )<br>Defendant. ) | |

Based on the Stipulation of Parties filed July 5, 2007, and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the July 12, 2007, status hearing be vacated, and that sentencing be set for October 16, 2007, at 9:30 a.m. The presentence report shall be provided to the parties no later than September 11, 2007. The parties shall file their responses to the presentence report and sentencing positions no later than September 25, 2007. The final presentence report, addendum, and sentence recommendation shall be submitted to the Court and parties no later than October 9, 2007.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Jul 06, 2007