William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Defendant
ROBERT DUENAS QUIDACHAY



**FILED**
DISTRICT COURT OF GUAM

OCT - 4 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT

OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00032 |
| Plaintiff, ) | |
| vs. ) | EMERGENCY MOTION FOR RELEASE TO VISIT MOTHER HOSPITALIZED AT GMH AND AND WHO MAY SOON DIE |
| ROBERT DUENAS QUIDACHAY ) | |
| Defendant. ) | |

**COMES NOW** Defendant by and through counsel and states as follows:

1. Defendant's mother is hospitalized at GMH and is suffering from Ascites, Diabetes, and Urosepsis. Urospsis is a blood infection. Her condition is "poor, possible demise."

2. Defendant's mother's physician, Christopher Swanson, M.D., has requested that Defendant be permitted to visit his mother. Dr. Swanson's request is attached herewith as Exhibit A.

3. Defendant has pleaded guilty. He has cooperated with authorities. His PSR has been prepared. His total offense level is 21 and his criminal history category is I. The "safety valve" applies and his resulting sentencing range is 37 - 46 months. He has

ORIGINAL

United States of America v. Robert D. Quidachay
Emergency Motion for Releaese to Visit Mother Hospitalized at GMH and Who May Soon Die
October 2007

cooperated with authorities and defense counsel has been informed that a downward departure motion for substantial assistance will be filed. Defendant has been in custody for approximately fourteen months.

4. Defense counsel expects that Defendant has 0 - 12 months left of confinement to serve.

5. It is requested that Defendant be released for 24 hours, unsupervised. During this time, he will reside at his mother's residence.

Respectfully Submitted,

LAW OFFICES OF WILLIAM L. GAVRAS

Dated: October 4, 2007        By: _____
                                  WILLIAM L. GAVRAS, ESQ.
                                  Attorney for Defendant
                                  ROBERT D. QUIDACHAY

## CERTIFICATE OF SERVICE

I certify that I have caused to be served upon the Office of the United States Attorney and the United States Probation Office, a true and correct copy of this document on or before October 4, 2007.

LAW OFFICES OF GORMAN & GAVRAS

Date: October 4, 2007         By: _____
                                  WILLIAM L. GAVRAS, ESQ.
                                  Attorney for Defendant
                                  ROBERT DUENAS QUIDACHAY

 

# Guam Memorial Hospital Authority
# Aturidåt Espetåt Mimuriåt Guåhan

850 GOV. CARLOS CAMACHO ROAD
OKA, TAMUNING, GUAM 96913
TEL: 647-2444 or 647-2330
FAX: (671) 649-0145

October 3, 2007

To: Warden Crisostomo
Department of Corrections

From: Christopher Swanson, MD

Dear Sir,

Mrs. Anita Rosario is currently admitted since September 30, 2007 at Guam Memorial Hospital Authority, being treated for Ascites, Diabetes and Urosepsis. Her prognosis is "poor."

Please allow her son Robert D. Quidachay to visit, as her condition is "poor, possible demise."

Should you have any questions please feel free to call me through the hospital operator 647-2555 or through my pager at 476-0601.

Thank You for your help and compassion in this matter.

Christopher Swanson, MD

CHRISTOPHER SWANSON, M.D.
G.M.H.A. TAMUNING, GU 96911
T: 671-647-2555 P: 671-476-0601
N.P.I. # 1023016847

DEFENDANT'S EXHIBIT A

| Medical Rec No. | Patient Number | Admit Date Disch Date | 9/30/2007 | Time Time | 23:15 | LOS | Rm#/Loc | Adm Source | Staff |
|---|---|---|---|---|---|---|---|---|---|
| 86365 | 10628806 | | | | | M/S | ERH03 | 07 | DC |

| Patient Name | SS No | Birth Date | Age | Sex | Rel | Ori | M.S. |
|---|---|---|---|---|---|---|---|
| ROSARIO, ANITA QUIDACHAY | 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 | 7/22/47 | 60Y | F | CATH | G | M |

**Admitting Diagnosis** ASCITES DM UROSEPSIS

**Patient Address (Mailing)** PO BOX 23765
GMF BARRIGADA, GU 96921

Telephone # 477-9662

**Employer/Occupation**
UNEMPLOYED

Telephone # -

**Guarantor Name**
QUIDACHAY, CAROLINE DUENAS

Relationship: NATURAL CH
SS #: 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

**Address** PO BOX 23765
BARRIGADA, GU 96921

Telephone # 477-9662

**Employer/Occupation**
UNEMPLOYED

Telephone # -

**Concerned Party Name**
QUIDACHAY, CAROLINE

Relationship: DAUGHTER
Telephone # 477-9662

**Insurance Name**
TAKECARE - FEDERAL

Certification # 000040478

**Insurance Name**

Certification #

---

**PRINCIPAL DIAGNOSIS:**                                                ICD-9 CODE

**SECONDARY DIAGNOSES:**                                                ICD-9 CODE




**COMPLICATIONS**

**PRINCIPAL PROCEDURE:**                                                ICD-9 CODE

**SECONDARY PROCEDURE:**                                                ICD-9 CODE



| DISCHARGED ✓ ALIVE | WITH APPROVAL | AGAINST ADVICE | DIED | UNDER 48 HRS | OVER 48 HRS | AUTOPSY | YES | NO |
|---|---|---|---|---|---|---|---|---|

**ADMIT PHY:** SWANSON, CHRISTOPHE          **CONSULT PHY:**

**DATE OF COMPLETION**          **ATTENDING PHYSICIAN** SWANSON, CHRISTOPHE

IN-PATIENT
REGISTRATION
GUAM MEMORIAL HOSPITAL AUTHORITY
ADMISSION AND DISCHARGE

ROSARIO, ANITA QUIDAC
10628806    MS        F
07/22/47    TAKECARE - FED
86365    SWANSON, CHRISTOPHE
Admit 09/30/07
Bed/ERH03



P.O. Box 6578   Tamuning, Guam 96931
Telephone: (671) 646-5825   Fax (671) 646-0786

March 13, 2007

Re: Rosario, Anita (Dob: 7/22/47)

To Whom It May Concern:

Mrs. Rosario suffers from Chronic Liver Cirrhosis secondary to Hepatitis and is in poor health.

Should there be any questions, please contact me at one of the numbers above, or e-mail me at: walter.stratton@takecareasia.com.

Very Respectfully,

W. E. Stratton, PA-C