William L. Gavras, Esq.
LAW OFFICES OF WILLIAM L. GAVRAS
A Professional Corporation
2nd Floor, J & R Building
208 Route 4
Hagatna, Guam 96910
Telephone: 472-2302
Facsimile: 472-2342

Attorney for Defendant
ROBERT DUENAS QUIDACHAY



FILED
DISTRICT COURT OF GUAM

OCT - 4 2007

JEANNE G. QUINATA
Clerk of Court

## IN THE DISTRICT COURT
## OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 06-00032 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | AGREEMENT AS TO HEARING DATE |
| ROBERT DUENAS QUIDACHAY | ) ) ) | |
| Defendant. | ) ) | |

### AGREEMENT OF HEARING DATE

1.  I, William L. Gavras, Esq. am the attorney for the Defendant in this matter. I contacted the attorney for the opposing party in this action to agree upon a date for an Emergency Motions Hearing for Release to Visit Mother Hospitalized at GMH and Who May Soon Die.

2.  The attorney(s) for the opposing party is:

    Rosetta San Nicolas, Esq.
    U.S. Attorney

ORIGINAL

United States of America v. Robert D. Quidachay
Agreement as to Hearing Date
October 2007

3. We agreed upon the following date: **the morning of October 4, 2007.**

4. I called the Marilyn Alcon to ensure that the Court is available on the above date.

LAW OFFICES OF WILLIAM L. GAVRAS

Date: October 4, 2007.

By: _____
WILLIAM L. GAVRAS, ESQ.
Attorney for Defendant
ROBERT DUENAS QUIDACHAY