**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: CR-06-00032　　　　　　　　　　DATE: October 04, 2007

**HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding**
Law Clerk: Judith P. Hattori　　　　　Court Recorder: Virginia T. Kilgore
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 11:05:45 - 11:28:07
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Robert Duenas Quidachay　　　Attorney: William Gavras
☒ Present ☒ Custody ☐ Bond ☐ P.R.　　☒ Present ☐ Retained ☐ FPD ☒ CJA
U.S. Attorney: Rosetta San Nicolas　　　U.S. Agent:
U.S. Probation: Stephen Guilliot　　　　U.S. Marshal: D. Punzalan / V. Roman
Interpreter:　　　　　　　　　　　　　Language:

**PROCEEDINGS: Motion for Temporary Release**
- Government objected to defendant being released for a 24 hour period.
- Motion granted.
- Court ordered defendant be released today at 5:00 p.m. and for defendant to self-surrender Friday, October 5, 2007, to the Department of Corrections no later than 5:00 p.m. Court further ordered that defendant submit to a urinalysis test upon his self-surrender.

NOTES: