LEONARDO M. RAPADAS
United States Attorney
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney
Suite 500 Sirena Plaza
238 Archbishop Flores Street
Agana, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

OCT 15 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-000032 |
| Plaintiff, ) | |
| vs. ) | JUSTIFICATION FOR GOVERNMENT'S 5K1.1 MOTION |
| ROBERT D. QUIDACHAY, ) | |
| Defendant. ) | |

The United States hereby moves this Honorable Court for a downward departure from the Sentencing Guidelines to a total offense level of **18** (27-33 months incarceration), as provided by U.S.S.G. Section 5K1.1, on the basis that defendant has rendered substantial assistance to the government in its investigation of drug trafficking on Guam.

Defendant Quidachay has provided information to D.E.A. Agents that co-conspirator Judith Mateo purchased two vehicles from A.K. Motors in cash. Specifically, Quidachay has provided information that he witnessed Mateo reach into a brown paper bag, pull out $23,000.00 in cash, and purchase a new Mazda RX-8 vehicle. Quidachay also witnessed Mateo pay $10,000.00 in cash for a G.M.C. Truck. As a result of this information, the Government's case against Mateo was strengthened resulting in a plea agreement and forfeiture of the two vehicles, U.S. Currency, and the confiscation of methamphetamine.

1

The government recommends that defendant's offense level be reduced three levels, to a level **18**. The Government recommends that defendant receive 27 months incarceration.

RESPECTFULLY SUBMITTED this 15th day of October, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ ROSETTA L. SAN NICOLAS
ROSETTA L. SAN NICOLAS
Assistant U.S. Attorney

2

Case 1:06-cr-00032    Document 47    Filed 10/15/2007    Page 2 of 2