IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
SENTENCING

CASE NO.: CR-06-00032-001  DATE: October 16, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley  Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez Electronically Recorded: 9:25:15 - 10:11:45
(Sealed portion: 9:35:00 - 9:52:00)
10:36:16 - 10:41:18

CSO: B. Pereda

**APPEARANCES:**

Defendant: Robert Duenas Quidachay  Attorney: William Gavras
   Present  Custody  Bond  P.R.     Present  Retained  FPD  CJA
U.S. Attorney: Rosetta San Nicolas  U.S. Agent: K. Bowman, D.E.A.
U.S. Probation: Stephen Guilliot  U.S. Marshal: D. Punzalan / T. Muna / G. Perez
Interpreter:  Language:

**PROCEEDINGS: - Sentencing**
**-Defendant's Oral Request for Release To Visit His Ailing Mother**
- Government's Motions for Downward Departure were granted.
- Defense's oral Motion for further downward departure was denied.
- Defendant committed to the Bureau of Prisons for a term of 27 months with credit for time served. While in prison the defendant shall participate in the 500 Hour Intensive Drug Treatment Program.
- Upon release from imprisonment, defendant is placed on supervised release for a term of 4 years, with conditions (refer to Judgment for conditions of supervised release).
- All fines waived by the Court.
- Defendant ordered to pay a special assessment fee of $100.00 to be paid immediately after sentencing.
- Court stated the justification of the sentence imposed.
- Defendant advised of appeal rights.
- Defendant's oral request for release to visit his ailing mother was denied.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: